UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

TWENTY TWO THOUSAND EIGHT HUNDRED
AND EIGHTEEN DOLLARS ($22,818.00),
MORE OR LESS, IN UNITED STATES
CURRENCY, AND ALL PROCEEDS
TRACEABLE THERETO,

        Defendants.

- - - - - - - - - - - - - - - -X

DECREE OF FORFEITURE AND
ORDER OF DELIVERY

Civil Action
No. CV-05-0508

(Block, J.)
(Gold, M.J.)

UPON the application of Plaintiff UNITED STATES OF AMERICA and the Declaration of Assistant United States Attorney Steven Kim, dated July 12, 2005, with all exhibits annexed thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to Title 31, United States Code, Sections 5316, 5317, and 5332, defendants twenty-two thousand eight hundred and eighteen dollars ($22,818.00), more or less, in United States currency, and all proceeds traceable thereto (the "Defendant Funds"), are hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the verified Complaint *in rem*.

2.  The United States Marshal Service and agents thereof, including, but not limited to, its duly authorized designees, are hereby directed to dispose of the Defendant Funds

and all proceeds traceable thereto in accordance with all applicable laws and regulations.

3. The Clerk of this Court shall forward four certified copies of this Decree of Forfeiture and Order to the United States Attorney for the Eastern District of New York, Attention: Assistant United States Attorney Steven Kim, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
7/13, 2005

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE